IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| JIMMY L. KARNES,<br>                    *Plaintiff*,<br>v.<br>CAROLYN W. COLVIN, COMMISSIONER OF SOCIAL SECURITY,<br>                    *Defendant*. | CASE NO. 6:12–cv–00053<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

For the reasons set forth in the accompanying memorandum opinion, the Court overrules Plaintiff's Objections to the Report and Recommendation of United States Magistrate Judge Robert S. Ballou (docket no. 25); adopts Judge Ballou's Report & Recommendation (docket no. 24) in full; grants the Commissioner's Motion for Summary Judgment (docket no. 16); denies Plaintiff's Motion for Summary Judgment (docket no. 13); denies Plaintiff's Motion to Take Judicial Notice (docket no. 21); and dismisses this action, striking it from the Court's active docket.

It is so ORDERED.

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all counsel of record, and to United States Magistrate Judge Robert S. Ballou.

Entered this __31st__ day of March, 2015.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE